**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

U.S. DISTRICT COURT
FILED
NOV 17 2026
S.D. OF N.Y.

Caption:
United States v.

Michele Spagnuolo

Docket No.: 26 Cr. 278 (AT)

(District Court Judge)

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [✓] order suppressing evidence (specify)

entered in this action on October 19, 2026 (date)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [ ] Other [✓]

Defendant found guilty by plea [ ] trial [ ] N/A [ ].

Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]

Date of sentence: ______________ N/A [✓]

Bail/Jail Disposition: Committed [ ] Not committed [✓] N/A [ ]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 11/17/2026

Appellant is represented by counsel? Yes [✓] No [ ] If yes, provide the following information:

Defendant's Counsel: Shawn G. Crowley and Mike Ferrara

Counsel's Address: Hecker Fink LLP
350 Fifth Avenue, 63rd Floor, New York, NY 10118

Counsel's Phone: (212) 763-0883

Assistant U.S. Attorney: Thomas Burnett, Ryan Finkel, and Allison Nichols

AUSA's Address: 26 Federal Plaza
New York, NY 10278

AUSA's Phone: (212) 637-1064

Signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. –<br><br>MICHELE SPAGNUOLO,<br><br>Defendant. | CERTIFICATION<br><br>26 Cr. 278 (AT) |

Pursuant to 18 U.S.C. § 3731, I hereby certify that the Government's appeal of the order of the District Court dated October 19, 2026 (the "October 19 Order"), granting defendant Michele Spagnuolo's motion to suppress, is not taken for purpose of delay, and that the evidence suppressed pursuant to the October 19 Order is a substantial proof of a fact material in the proceeding.

Dated: New York, New York
November 17, 2026

SEAN S. BUCKLEY
Deputy United States Attorney
Acting Under Authority Conferred
by 28 U.S.C. § 515

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by electronic mail and ECF on November 17, 2026 on:

Shawn G. Crowley
Mike Ferrara
Hecker Fink LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Tel. (212) 763-0883
scrowley@heckerfink.com

Thomas Burnett/Ryan Finkel/Allison Nichols
Assistant United States Attorneys
(212) 637-1064

Dated: New York, New York
November 17, 2026

ECF,INTAPP,PRIOR

# U.S. District Court
# Southern District of New York (Foley Square)
# CRIMINAL DOCKET FOR CASE #: 1:26−cr−00278−AT All Defendants

Case title: USA v. Spagnuolo

Magistrate judge case number: 1:26−mj−02020−UA

Date Filed: 06/25/2026

---

Assigned to: Judge Analisa Torres

**Defendant (1)**

| | | |
|---|---|---|
| **Michele Spagnuolo**<br>*also known as*<br>Sealed Defendant 1 | represented by | **Michael Ferrara**<br>Hecker Fink LLP<br>350 5th Ave.<br>Ste 63rd Floor<br>New York, NY 10118<br>929−294−2529<br>Email: mferrara@heckerfink.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Shawn Geovjian Crowley**<br>Hecker Fink LLP<br>350 Fifth Avenue<br>Ste 63rd Floor<br>New York, NY 10118<br>212−763−0883<br>Email: scrowley@heckerfink.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Allison Durkin**<br>Hecker Fink LLP<br>350 Fifth Avenue<br>New York, NY 10118<br>929−367−4578<br>Email: adurkin@heckerfink.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Andrew L. Chesley**<br>Hecker Fink LLP<br>350 Fifth Avenue<br>Ste 63rd Floor<br>New York, NY 10118<br>212−763−0883<br>Email: achesley@heckerfink.com<br>*ATTORNEY TO BE NOTICED*<br><br>**J. Patrick Hornbeck , II**<br>Hecker Fink LLP<br>1050 K Street NW<br>Suite 1040<br>Washington, DC 20001<br>929−367−4579<br>Email: phornbeck@heckerfink.com |

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Nicole Yun Lin Ng**
Hecker Fink LLP
350 Fifth Avenue
Ste 63rd Floor
New York, NY 10118
212−763−0883
Email: nng@heckerfink.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 7:13A.F COMMODITIES FRAUD (1) | |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (2) | |
| 18:1956−4999.F MONEY LAUNDERING − FRAUD, OTHER (3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:3238.F Commodities Fraud, 18:1343.F Wire Fraud, 18:1956−4601.F Money Laundering | |

---

**Plaintiff**

**USA** represented by **Allison Carol Nichols**
U.S. Attorney's Office, SDNY
1 St. Andrew's Plaza
New York, NY 10007
(212)−637−2366
Email: allison.nichols@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Ryan B. Finkel**
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007

(212)−637−6612
Email: Ryan.Finkel@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Thomas Somerset Burnett**
Department of Justice
United States Attorney's Office, Southern District of N
One St. Andrews Plaza
New York, NY 10007
212−637−1064
Email: thomas.burnett@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/26/2026 | 1 | SEALED COMPLAINT as to Michele Spagnuolo (1). Violations of 7 U.S.C. §§ 9(1), and 13(a)(5); 17 C.F.R. § 180.1; and 18 U.S.C. §§ 1343, 1956, 3238, and 2. (Signed by Magistrate Judge Sarah Netburn) (job) [1:26−mj−02020−UA] (Entered: 05/29/2026) |
| 05/27/2026 | | Arrest of Michele Spagnuolo. (job) [1:26−mj−02020−UA] (Entered: 05/29/2026) |
| 05/27/2026 | 3 | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Initial Appearance as to Michele Spagnuolo held on 5/27/2026. Bond Hearing as to Michele Spagnuolo held on 5/27/2026. AUSA's Ryan Finkel and Allison Nichols present for the Government. Defendant present with attorney Nora Stephens (FOR PRESENTMENT ONLY). \| BAIL DISPOSITION: $2,250,000 PRB; To be co−signed by two (2) FRP's plus defendant's wife (total of three (3)); Secured by $1,000,000 cash ($50k 5/27/2026, $50k 5/28/2026, $900k 6/4/2026); Travel restricted to SDNY/EDNY; Surrender travel documents and no new applications; Pretrial Supervision: As directed by PTS; Curfew; GPS; Defendant shall reside at The Standard Hotel until short−term housing is secured and not relocate without prior approval; Defendant shall not any new personal or business bank accounts, cryptocurrency accounts, or brokerage accounts without prior approval; Cosigners must be U.S. Residents with the intent to reside in the U.S.; If defendant fails to deposit a second $50,000 by 5/28/2026 he must self surrender to BOP; Def. to be released on own signature, plus the following: 2FRP and wife secured by $50,000 cash; Remaining conditions to be met by: $50k by 5/28/2026 and $900k by 6/4/2026. \| ***Preliminary hearing date: 6/26/2026 on defendant's consent. (job) [1:26−mj−02020−UA] (Entered: 05/29/2026) |
| 05/28/2026 | 4 | NOTICE OF ATTORNEY APPEARANCE: Michael Ferrara appearing for Michele Spagnuolo. (job) [1:26−mj−02020−UA] (Entered: 05/29/2026) |
| 05/28/2026 | 5 | NOTICE OF ATTORNEY APPEARANCE: Allison Durkin appearing for Michele Spagnuolo. (job) [1:26−mj−02020−UA] (Entered: 05/29/2026) |
| 05/28/2026 | 6 | SEALED DOCUMENT placed in vault. (job) [1:26−mj−02020−UA] (Entered: 05/29/2026) |
| 05/28/2026 | 7 | APPEARANCE Bond Entered as to Michele Spagnuolo; $2,250,000 PRB; Secured by $1,000,000 in cash; To be co−signed by three (3) (2FRP + defendant's wife) people; ADDITIONAL CONDITIONS... (job) (Main Document 7 replaced on 6/16/2026) (job). [1:26−mj−02020−UA] (Entered: 05/29/2026) |
| 05/29/2026 | 8 | NOTICE OF ATTORNEY APPEARANCE: Shawn Geovjian Crowley appearing for Michele Spagnuolo. Appearance Type: Retained. (Crowley, Shawn) [1:26−mj−02020−UA] (Entered: 05/29/2026) |
| 05/29/2026 | 11 | SEALED DOCUMENT placed in vault. (vb) [1:26−mj−02020−UA] (Entered: 06/09/2026) |

| | | |
|---|---|---|
| 06/04/2026 | 9 | CONSENT LETTER MOTION addressed to Magistrate Judge Sarah Netburn dated June 4, 2026 re: request for an extension of the deadline to satisfy the bond imposed by the Court . Document filed by Michele Spagnuolo. (Crowley, Shawn) [1:26−mj−02020−UA] (Entered: 06/04/2026) |
| 06/05/2026 | 10 | ENDORSED LETTER as to Michele Spagnuolo addressed to Magistrate Judge Sarah Netburn from Attorney Shawn G. Crowley dated June 4, 2026 re: Defendant Michele Spagnuolo respectfully writes, with the government's consent, to request an extension of the deadline to satisfy the bond the Court imposed by one week, from June 4, 2026 to June 11, 2026. Mr. Spagnuolo has made a consistent and good−faith effort to make these funds available and wire them to the government. Approximately $677,615 has been wired to date and Mr. Spagnuolo is making every effort to wire the remaining $222,385 as soon as possible. However, because Mr. Spagnuolo and his family are foreign nationals with bank accounts abroad, the fund transfers take time. He anticipates that he will be able to pay the remaining balance no later than June 11, 2026. All other conditions would remain the same. ENDORSEMENT: The extension request is GRANTED. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 6/4/2026) (bw) [1:26−mj−02020−UA] (Entered: 06/05/2026) |
| 06/11/2026 | 12 | LETTER MOTION addressed to Magistrate Judge Sarah Netburn dated June 11, 2026 re: request for an extension of the deadline to satisfy the bond imposed by the Court . Document filed by Michele Spagnuolo. (Crowley, Shawn) [1:26−mj−02020−UA] (Entered: 06/11/2026) |
| 06/12/2026 | 13 | MEMO ENDORSED granting 12 LETTER MOTION request for an extension of the deadline to satisfy the bond imposed by the Court as to Michele Spagnuolo (1)... This request is GRANTED nunc pro tunc. SO ORDERED. (Signed by Magistrate Judge Jennifer E. Willis on 6/12/26) (jbo) [1:26−mj−02020−UA] (Entered: 06/12/2026) |
| 06/12/2026 | 14 | MEMO ENDORSEMENT as to Michele Spagnuolo on re: 12 LETTER MOTION addressed to Magistrate Judge Sarah Netburn dated June 11, 2026 re: request for an extension of the deadline to satisfy the bond imposed by the Court. ENDORSEMENT: The extension request is GRANTED. (Signed by Magistrate Judge Sarah Netburn on 6/12/2026) (ap) [1:26−mj−02020−UA] (Entered: 06/12/2026) |
| 06/25/2026 | 15 | LETTER MOTION addressed to Magistrate Judge Sarah Netburn dated June 25, 2026 re: request to modify conditions of release . Document filed by Michele Spagnuolo. (Ferrara, Michael) [1:26−mj−02020−UA] (Entered: 06/25/2026) |
| 06/25/2026 | 16 | UNREDACTED INDICTMENT FILED as to Michele Spagnuolo. (jm) **(Not for Public view pursuant to Standing Order of the court, 24−mc−184.)** (Entered: 06/25/2026) |
| 06/25/2026 | 17 | REDACTED INDICTMENT FILED as to Michele Spagnuolo (1) count(s) 1, 2, 3. (jm) (Entered: 06/25/2026) |
| 06/25/2026 | | Case Designated ECF as to Michele Spagnuolo. (jm) (Entered: 06/25/2026) |
| 06/26/2026 | 18 | ENDORSED LETTER as to Michele Spagnuolo addressed to Magistrate Judge Sarah Netburn from Counsel of record for the Defense dated 6/25/26 re: modification of release conditions.ENDORSEMENT: Defendant may attend a social event with counsel on 6/27/26 in New Jersey and may open a vested benefits account with Finpension. (Signed by Magistrate Judge Ona T. Wang on 6/26/26)(jm) (Entered: 06/26/2026) |
| 06/30/2026 | 19 | NOTICE OF ATTORNEY APPEARANCE: Andrew L. Chesley appearing for Michele Spagnuolo. Appearance Type: Retained. (Chesley, Andrew) (Entered: 06/30/2026) |
| 06/30/2026 | 20 | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Arraignment as to Michele Spagnuolo (1) Count 1,2,3 held on 6/30/2026. AUSA Allison Nichols/Ryan Finkel. Defense Counsel Michael Ferrara (Retained). Defendant arraigned; pleads Not Guilty. ADDITIONAL PROCEEDINGS: Conference before District Judge on 7/13/2026 10 am. Speedy Trial Time excluded under 18 U.S.C. Section 3161(h)(7) until 7/13/2026. ( Plea entered by Michele Spagnuolo (1) Count 1,2,3 −− Not Guilty. ) (bw) (Entered: 06/30/2026) |

| | | |
|---|---|---|
| 06/30/2026 | | ORAL ORDER as to Michele Spagnuolo. Time excluded from 6/30/2026 until 7/13/2026. Status Conference set for 7/13/2026 at 10:00 AM before Judge Analisa Torres. (By Magistrate Judge Stewart D. Aaron on 6/30/2026) (bw) (Entered: 06/30/2026) |
| 06/30/2026 | 21 | RULE 5(f) ORDER as to Michele Spagnuolo. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 6/30/2026) (bw) (Entered: 06/30/2026) |
| 07/01/2026 | 22 | ORDER as to Michele Spagnuolo: This case has been assigned to Judge Torres. The parties shall appear for an initial conference in this matter on July 13, 2026, at 10:00 a.m. in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. (Pretrial Conference set for 7/13/2026 at 10:00 AM in Courtroom 15D, 500 Pearl Street, New York, NY 10007 before Judge Analisa Torres) (Signed by Judge Analisa Torres on 7/1/2026)(ap) (Entered: 07/01/2026) |
| 07/08/2026 | 23 | LETTER MOTION addressed to Judge Analisa Torres from USA dated July 8, 2026 re: Motion for Protective Order . Document filed by USA as to Michele Spagnuolo. (Attachments: # 1 Proposed Order Protective Order)(Finkel, Ryan) (Entered: 07/08/2026) |
| 07/09/2026 | 24 | PROTECTIVE ORDER as to Michele Spagnuolo...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Analisa Torres on 7/9/2026) (ap) (Entered: 07/09/2026) |
| 07/13/2026 | | Minute Entry for proceedings held before Judge Analisa Torres: Pretrial Conference as to Michele Spagnuolo held on 7/13/2026. Initial conference held for Defendant Michele Spagnuolo before the Hon. Analisa Torres in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Defendant present with attorneys Shawn Geovjian Crowley, Michael Ferrara, and Andrew L. Chesley (retained). AUSA Ryan B. Finkel, Thomas Somerset Burnett, and Allison Carol Nichols present for the Government. Court reporter present. Defense motions due August 12, 2026. Government responses due September 2, 2026. Defense replies, if any, due September 16, 2026. A status conference was set for October 5, 2026, at 9:00 a.m. in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Time is excluded until October 5, 2026, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial, and because the exclusion will allow time for the defense to review discovery and prepare pretrial motions. (Motions due by 8/12/2026. Responses due by 9/2/2026. Replies due by 9/16/2026. Status Conference set for 10/5/2026 at 09:00 AM in Courtroom 15D, 500 Pearl Street, New York, NY 10007 before Judge Analisa Torres) (ap) (Entered: 07/14/2026) |
| 07/20/2026 | 25 | TRANSCRIPT of Proceedings as to Michele Spagnuolo re: Conference held on 7/13/26 before Judge Analisa Torres. Court Reporter/Transcriber: Dana Schaaf, (212) 805−0303, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/10/2026. Redacted Transcript Deadline set for 8/20/2026. Release of Transcript Restriction set for 10/19/2026. (Moya, Goretti) (Entered: 07/20/2026) |
| 07/20/2026 | 26 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Michele Spagnuolo. Notice is hereby given that an official transcript of a Conference proceeding held on 7/13/26 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 07/20/2026) |
| 07/21/2026 | 27 | SEALED DOCUMENT placed in vault. (jus) (Entered: 07/21/2026) |
| 07/23/2026 | 28 | LETTER MOTION addressed to Judge Analisa Torres from Allison Nichols dated July 23, 2026 re: Scheduling Letter . Document filed by USA as to Michele Spagnuolo. (Nichols, Allison) (Entered: 07/23/2026) |
| 07/24/2026 | 29 | MEMO ENDORSEMENT 28 LETTER MOTION as to Michele Spagnuolo (1).....ENDORSEMENT...GRANTED. By July 31, 2026, the parties shall submit their joint letter. (Signed by Judge Analisa Torres on 7/24/2026) (jw) (Entered: 07/24/2026) |

| | | |
|---|---|---|
| 07/31/2026 | 30 | LETTER MOTION addressed to Judge Analisa Torres from Shawn Crowley dated July 31, 2026 re: Proposed Trial Date and Adjournment of Pretrial Motions Deadline . Document filed by Michele Spagnuolo. (Crowley, Shawn) (Entered: 07/31/2026) |
| 08/03/2026 | 31 | MEMO ENDORSEMENT as to Michele Spagnuolo granting in part 30 LETTER MOTION addressed to Judge Analisa Torres from Shawn Crowley dated July 31, 2026 re: Proposed Trial Date and Adjournment of Pretrial Motions Deadline. ENDORSEMENT: GRANTED IN PART. By August 17, 2026, the paiiies shall file a joint letter providing their cmTent best estimate of the length of trial. Thereafter the Court shall set a tiial date. By August 26, 2026, Defendant shall file his motions. By September 16, 2026, the Government shall file its responses. By September 30, 2026, Defendant may file his replies, if any. SO ORDERED. (Motions due by 8/26/2026. Responses due by 9/16/2026. Replies due by 9/30/2026.) (Signed by Judge Analisa Torres on 8/3/2026) (lnl) (Entered: 08/03/2026) |
| 08/07/2026 | 32 | LETTER MOTION addressed to Judge Analisa Torres dated August 7, 2026 re: Proposed CRIS Order . Document filed by Michele Spagnuolo. (Ferrara, Michael) (Entered: 08/07/2026) |
| 08/11/2026 | 33 | SEALED DOCUMENT placed in vault. (jus) (Entered: 08/11/2026) |
| 08/11/2026 | 34 | SEALED DOCUMENT placed in vault. (jus) (Entered: 08/11/2026) |
| 08/17/2026 | 35 | LETTER by USA as to Michele Spagnuolo addressed to Judge Analisa Torres from Allison Nichols dated August 17, 2026 re: Anticipated Trial Length Document filed by USA. (Nichols, Allison) (Entered: 08/17/2026) |
| 08/25/2026 | 36 | ORDER as to Michele Spagnuolo: The Court has received the Government's letter concerning the parties' estimated length of trial. See ECF No. 35. Trial shall begin on June 1, 2027, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. (Jury Trial set for 6/1/2027 at 09:00 AM in Courtroom 15D, 500 Pearl Street, New York, NY 10007 before Judge Analisa Torres) (Signed by Judge Analisa Torres on 8/25/2026) (ap) (Entered: 08/25/2026) |
| 08/26/2026 | 37 | NOTICE OF ATTORNEY APPEARANCE: J. Patrick Hornbeck, II appearing for Michele Spagnuolo. Appearance Type: Retained. (Hornbeck, J.) (Entered: 08/26/2026) |
| 08/26/2026 | 38 | NOTICE OF ATTORNEY APPEARANCE: Nicole Yun Lin Ng appearing for Michele Spagnuolo. Appearance Type: Retained. (Ng, Nicole) (Entered: 08/26/2026) |
| 08/26/2026 | 39 | MOTION to Seal Document / *Motion for Leave to File Under Seal Memoranda of Law and Certain Exhibits to Defendant's Motion to Dismiss and Motion to Suppress*. Document filed by Michele Spagnuolo. (Crowley, Shawn) (Entered: 08/26/2026) |
| 08/26/2026 | 40 | MOTION to Dismiss *Indictment*. Document filed by Michele Spagnuolo. (Crowley, Shawn) (Entered: 08/26/2026) |
| 08/26/2026 | 41 | MEMORANDUM in Support by Michele Spagnuolo re 40 MOTION to Dismiss *Indictment*.. (Crowley, Shawn) (Entered: 08/26/2026) |
| 08/26/2026 | 42 | AFFIRMATION of Shawn Crowley in Support as to Michele Spagnuolo re 40 MOTION to Dismiss *Indictment*.. (Attachments: # 1 Exhibit A − Adventure One Articles of Incorporation, # 2 Exhibit B − Filed Under Seal, # 3 Exhibit C − Filed Under Seal)(Crowley, Shawn) (Entered: 08/26/2026) |
| 08/26/2026 | 43 | MOTION to Suppress *Post−Arrest Statements and Fruits Thereof*. Document filed by Michele Spagnuolo. (Crowley, Shawn) (Entered: 08/26/2026) |
| 08/26/2026 | 44 | MEMORANDUM in Support by Michele Spagnuolo re 43 MOTION to Suppress *Post−Arrest Statements and Fruits Thereof*.. (Crowley, Shawn) (Entered: 08/26/2026) |
| 08/26/2026 | 45 | AFFIRMATION of Shawn Crowley in Support as to Michele Spagnuolo re 43 MOTION to Suppress *Post−Arrest Statements and Fruits Thereof*.. (Attachments: # 1 Exhibit A − Filed Under Seal, # 2 Exhibit B − Filed Under Seal, # 3 Exhibit C − Filed Under Seal, # 4 Exhibit D − Filed Under Seal, # 5 Exhibit E − Filed Under Seal, # 6 Exhibit F − Filed Under Seal, # 7 Exhibit G − Filed Under Seal)(Crowley, Shawn) (Entered: 08/26/2026) |

| | | |
|---|---|---|
| 08/26/2026 | 46 | LETTER by Michele Spagnuolo addressed to Judge Analisa Torres from Shawn Crowley dated August 26, 2026 re: Status Update on Additional Matters (Crowley, Shawn) (Entered: 08/26/2026) |
| 08/28/2026 | 47 | LETTER by Michele Spagnuolo addressed to Judge Analisa Torres dated August 28, 2026 re: Ninth Circuit Decision (Attachments: # 1 Exhibit A − Ninth Circuit Opinion in KalshiEX, LLC v. Assad, No. 25−7516 (9th Cir. Aug. 28, 2026))(Crowley, Shawn) (Entered: 08/28/2026) |
| 09/16/2026 | 48 | RESPONSE in Opposition by USA as to Michele Spagnuolo re: 40 MOTION to Dismiss *Indictment*., 43 MOTION to Suppress *Post−Arrest Statements and Fruits Thereof*.. (Nichols, Allison) (Entered: 09/16/2026) |
| 09/18/2026 | 49 | NOTICE of CFTC Amicus Brief as to Michele Spagnuolo (Attachments: # 1 Exhibit CFTC Amicus Brief)(Sinsheimer, Cameron) (Entered: 09/18/2026) |
| 09/30/2026 | 50 | REPLY MEMORANDUM OF LAW in Support as to Michele Spagnuolo re: 40 MOTION to Dismiss *Indictment*., 43 MOTION to Suppress *Post−Arrest Statements and Fruits Thereof*. . (Crowley, Shawn) (Entered: 09/30/2026) |
| 10/01/2026 | 51 | ORDER as to Michele Spagnuolo: The conference currently scheduled for October 5, 2026 is ADJOURNED to November 9, 2026, at 2:00 p.m., in Courtroom 15D of the United States Courthouse, 500 Pearl St., New York, New York, 10007. (Status Conference set for 11/9/2026 at 02:00 PM before Judge Analisa Torres) (Signed by Judge Analisa Torres on 10/1/2026) (ap) (Entered: 10/01/2026) |
| 10/07/2026 | 52 | ORDER as to Michele Spagnuolo: The CFTC's request for leave to file the proposed amicus brief is GRANTED. The proposed brief at ECF No. 49−1 shall be made part of the record in this case. (Signed by Judge Analisa Torres on 10/7/2026) (See ORDER set forth) (ap) (Entered: 10/07/2026) |
| 10/16/2026 | 53 | MEMO ENDORSEMENT as to Michele Spagnuolo (1) granting 39 MOTION to Seal Document / Motion for Leave to File Under Seal Memoranda of Law and Certain Exhibits to Defendant's Motion to Dismiss and Motion to Suppress. ENDORSEMENT: GRANTED. (Signed by Judge Analisa Torres on 10/16/2026) (ap) (Entered: 10/16/2026) |
| 10/20/2026 | 54 | SEALED DOCUMENT placed in vault. (jus) (Entered: 10/20/2026) |
| 10/22/2026 | 55 | LETTER MOTION addressed to Judge Analisa Torres from Shawn Crowley dated October 22, 2026 re: Request to Modify Bail Conditions . Document filed by Michele Spagnuolo. (Crowley, Shawn) (Entered: 10/22/2026) |
| 10/22/2026 | 56 | Order to Unseal Document as to Michele Spagnuolo. By sealed order dated October 19, 2026 (the Order), the Court granted in part Defendant's motion to suppress and directed the parties to jointly propose redactions to the Order, if necessary, prior to public filing. See ECF No. 54. The parties have advised the Court that they do not request redactions to the Order. Accordingly, the Order is hereby unsealed. The Clerk of Court is respectfully directed to unseal ECF No. 54. SO ORDERED. (Signed by Judge Analisa Torres on 10/22/2026)(jw) (Entered: 10/22/2026) |
| 10/22/2026 | | Transmission to Sealed Records Clerk: as to Michele Spagnuolo. Transmitted re: 56 Order to Unseal Document to the Sealed Records Clerk for the sealing or unsealing of document or case. (jw) (Entered: 10/22/2026) |
| 10/23/2026 | 57 | ORDER as to Michele Spagnuolo re: 56 Order to Unseal Document, Follows oral order of 10/19/26 as to Michele Spagnuolo. Accordingly, Spagnuolo's motion to suppress post−arrest statements and fruits thereof isGRANTED IN PART, insofar as Spagnuolo's statements following his invocation of the right tocounsel are inadmissible in the prosecution's case in chief. The Court shall hold a suppressionhearing regarding the fruits of the post−arrest statements on October 29, 2026, at 10:00 a.m. inCourtroom 15D of the United States Courthouse, 500 Pearl St. New York, New York 10007.By October 23, 2026, at 9:00 a.m., the parties shall confer and jointly propose any redactions ofthis order for public filing. The status conference scheduled for November 9, 2026, is adjournedsine die. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 43. ( Suppresion Hearing set for 10/29/2026 at 10:00 AM in Courtroom 15D, 500 Pearl Street, New York, NY 10007 before Judge Analisa Torres.) (Signed by Judge Analisa Torres on 10/19/26)(jm) (Entered: |

| | | |
|---|---|---|
| | | 10/23/2026) |
| 10/23/2026 | 58 | ORDER as to Michele Spagnuolo: By email dated October 22, 2026, the parties jointly requested adjournment of the suppression hearing scheduled for October 29, 2026. The suppression hearing is hereby ADJOURNED to December 21, 2026, at 10:00 a.m. in Courtroom 15D of the United States Courthouse, 500 Pearl St., New York, New York 10007. Should the Court grant Defendant's anticipated request for oral argument on his motion to dismiss the indictment, oral argument will be held during the same appearance. (Suppression Hearing set for 12/21/2026 at 10:00 AM before Judge Analisa Torres) (Signed by Judge Analisa Torres on 10/23/2026) (ap) (Entered: 10/23/2026) |
| 10/23/2026 | 59 | MEMO ENDORSEMENT as to Michele Spagnuolo (1) granting 55 LETTER MOTION addressed to Judge Analisa Torres from Shawn Crowley dated October 22, 2026 re: Request to Modify Bail Conditions. ENDORSEMENT: GRANTED. (Signed by Judge Analisa Torres on 10/23/2026) (ap) (Entered: 10/23/2026) |
| 10/23/2026 | 60 | LETTER MOTION addressed to Judge Analisa Torres from Shawn Crowley dated October 23, 2026 re: Request for Oral Argument . Document filed by Michele Spagnuolo. (Crowley, Shawn) (Entered: 10/23/2026) |
| 10/26/2026 | 61 | MEMO ENDORSEMENT as to Michele Spagnuolo (1) granting 60 LETTER MOTION addressed to Judge Analisa Torres from Shawn Crowley dated October 23, 2026 re: Request for Oral Argument. ENDORSEMENT: GRANTED. Oral argument shall be held at the appearance scheduled for December 21, 2026, at 10:00 a.m. in Courtroom 15D of the United States Courthouse, 500 Pearl St., New York, New York, 10007. (Signed by Judge Analisa Torres on 10/26/2026) (ap) (Entered: 10/26/2026) |
| 10/26/2026 | | Set/Reset Hearings as to Michele Spagnuolo: Oral Argument set for 12/21/2026 at 10:00 AM in Courtroom 15D, 500 Pearl Street, New York, NY 10007 before Judge Analisa Torres. (ap) (Entered: 10/26/2026) |
| 11/05/2026 | 62 | ORDER as to Michele Spagnuolo: The appearance scheduled for December 21, 2026, at 10:00 a.m, in Courtroom 15D of the United States Courthouse, 500 Pearl St., New York, New York, 10007 is rescheduled to 9:00 a.m. on the same date. (Oral Argument set for 12/21/2026 at 09:00 AM before Judge Analisa Torres., Suppression Hearing set for 12/21/2026 at 09:00 AM before Judge Analisa Torres) (Signed by Judge Analisa Torres on 11/5/2026) (ap) (Entered: 11/05/2026) |
| 11/06/2026 | 63 | LETTER by Michele Spagnuolo addressed to Judge Analisa Torres from Shawn Crowley dated November 6, 2026 re: Order Modifying Conditions of Release (Crowley, Shawn) (Entered: 11/06/2026) |
| 11/09/2026 | 64 | MEMO ENDORSEMENT as to Michele Spagnuolo on re: 63 LETTER by Michele Spagnuolo addressed to Judge Analisa Torres from Shawn Crowley dated November 6, 2026 re: Order Modifying Conditions of Release. ENDORSEMENT: GRANTED. The Government is directed to ensure that DHS expeditiously processes the SPBP and any other necessaiy approvals so that Defendant may depaii the United States this week. By November 10, 2026, the Government shall provide an estimate of the date by which Defendant will be able to depart the United States. (Signed by Judge Analisa Torres on 11/9/2026) (ap) (Entered: 11/09/2026) |
| 11/17/2026 | 65 | NOTICE OF APPEAL (Interlocutory) by USA as to Michele Spagnuolo from 57 Order. (nd) (Entered: 11/17/2026) |
| 11/17/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Michele Spagnuolo to US Court of Appeals re: 65 Notice of Appeal. (nd) (Entered: 11/17/2026) |
| 11/17/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Michele Spagnuolo re: 65 Notice of Appeal were transmitted to the U.S. Court of Appeals. (nd) (Entered: 11/17/2026) |